**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| BYRON MAJOR WOOLRIDGE ) | Case No. 14-30395-KRH |
| LINDA KIRK WOOLRIDGE ) | |
| ) | |
| Debtor(s) ) | Chapter 13 |
| _____ ) | |

CREDIT ACCEPTANCE CORP.
                     Movant,
vs.

BYRON MAJOR WOOLRIDGE
LINDA KIRK WOOLRIDGE and
CARL M. BATES, Trustee
                     Defendant(s).

### ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes the Debtor(s) in this matter, by counsel, and for Debtor(s) Answer to the MOVANT's Motion for Relief from Automatic Stay filed on 7/18/2014, sayeth as follows:

1. Debtor admits the provisions contained in Paragraphs 1, 2, 3, 4, 5, and 7 of the Movant's Motion.
2. Debtor denies the provisions contained in Paragraphs 6, 8, 9, and 10 of the Movant's Motion and demands strict proof thereof.

WHEREFORE, Debtor(s) respectfully move the Court that the Movant's Motion be denied, and for such relief as the Court and equity deem appropriate.

                     Respectfully submitted:

                     BYRON MAJOR WOOLRIDGE
                     LINDA KIRK WOOLRIDGE

                     BY:  /s/ Robert B. Duke Jr.
                     Robert B. Duke Jr., Esq.
                     AMERICA LAW GROUP, INC.
                     DBA THE DEBT LAW GROUP, PLLC
                     207 A South Main Street
                     Blackstone, VA 23824

Tel: 434-227-8091
Fax: 434-321-5211

CERTIFICATE OF SERVICE

    I certify that on August 26, 2014, I sent a true copy of the foregoing Answer electronically via the CM/ECF system to: Sara A. John, Esq., Attorney for Movant and Carl M. Bates, Esq., Trustee.

/s/ Robert B. Duke Jr.
Robert B. Duke Jr.